# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLE L. TAYLOR, | )<br>) |
| Appellant, | ) Civil Action No. 12-1900<br>) |
| v. | ) Judge Cathy Bissoon<br>) |
| RONDA WINNECOUR, | )<br>) |
| Appellee. | ) |

## ORDER

Appellant has submitted to the Clerk's Office a document, dated February 28, 2013, entitled, "Appellant's Answer and Response Reply to Negley Park Homeowners Association Council the Request for Recusal [sic]." *See* Feb. 28th Document (attached as Appendix hereto). The document's caption references the instant Civil Action Number (12-1900), but it incorrectly identifies District Judge Cercone as presiding judicial officer, and it requests that Judge Cercone recuse from the case. The undersigned, not Judge Cercone, however, is presiding in Civil Action No. 12-1900.

In addition, Negley Park Homeowners Association Council, referenced in the title of Appellant's February 28th document, has not been named as a party in Civil Action No. 12-1900, although it has been named as an appellee in other of Appellant's cases.

As best as the undersigned can tell, Appellant meant to file the February 28th document under a different civil action number. Because Appellant identified Civil Action No. 12-1900 in her caption, however, the document has been forwarded to the undersigned, and it has not been filed in any of Appellant's cases.

The February 28th document, having been erroneously submitted under a caption identifying Civil Action No. 12-1900, is being returned to Appellant today, via First-Class U.S. Mail, along with a copy of this Order.

IT IS SO ORDERED.

March 6, 2013                                s\Cathy Bissoon
                                             Cathy Bissoon
                                             United States District Judge

enclosure

cc (via First-Class U.S. Mail):

Carole L. Taylor
1112 N. Negley Avenue
Pittsburgh, PA  15206


cc (via ECF email notification):

All Counsel of Record