# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLE L. TAYLOR, | ) | |
| | ) | |
| Appellant, | ) | Civil Action No. 12-1900 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| RONDA WINNECOUR, | ) | |
| | ) | |
| Appellee. | ) | |

## ORDER

Appellant has submitted to the Clerk's Office a document, dated March 4, 2013, entitled, "Appellant's Answer and Response Reply to Their Motion to Dismiss Her Appeal, She Has a Right to File Pursuant to Rule 501 Any Aggrieve Party or Aggrieve Estate, She Fits Both Criteria, an Opensupercedeas Expedited Decision Regarding the Right to Appeal, A Demand for a Jury Trial, and the Right to Face Her Accusers, and a Request for Recousal [sic]." *See* Mar. 4th Document (attached as Appendix hereto). The document's caption references four Civil Action Numbers, the first of which corresponds to the instant case (12-1900). Two of the others case numbers, "12-10-2363" and 11-3450, do not correspond to any existing case in this District, and the final one (09-1116) relates to a case that has been inactive since at least October 2012.

Appellant's document has been forwarded to the undersigned's Chambers because Civil Action No. 12-1900 is listed first in Appellant's caption. Like the other document recently returned to Plaintiff (*see* Appendix to Order dated March 6th (Doc. 8)), the caption references a Judge that does not preside over this case, and an entity, Negley Park Homeowners Association Council, that is not a party to this action.

Appellant has filed no fewer than ten civil actions in this District, all but one of them being bankruptcy appeals. Given the caption and substance of Appellant's March 4th document, the Court honestly has no idea which of Appellant's cases she intended to file it in. Appellant's failure to clearly identify the case number in which her submissions are intended to be filed has created, and if not rectified will continue to create, significant difficulties for both the Court and Appellant. Namely, the Clerk and Judges of this Court will not know which case to file Appellant's submissions in, and Appellant will not be ensured that submissions that she intends the Court to consider will, in fact, be considered.

The March 4th document, having by all appearances been erroneously submitted under a caption identifying Civil Action No. 12-1900, is being returned to Appellant today, via First-Class U.S. Mail, along with a copy of this Order. In the future, any documents submitted by Appellant that do not clearly identify the case in which she intends them to be filed will be returned to her by First-Class U.S. Mail, without further analysis or explanation. Given that Appellant's potential failure to comply with this Order may result in the return of her submissions by regular mail, Appellant is encouraged to retain copies of any documents she submits to the Court.

IT IS SO ORDERED.

March 7, 2013                                     s\Cathy Bissoon
                                                  Cathy Bissoon
                                                  United States District Judge

enclosure

cc (via First-Class U.S. Mail):

Carole L. Taylor
1112 N. Negley Avenue
Pittsburgh, PA  15206

cc (via ECF email notification):

All Counsel of Record