**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CAROLE L. TAYLOR,                         )
                                          )
                    Appellant,            )        Civil Action No. 12-1900
                                          )
        v.                                )        Judge Cathy Bissoon
                                          )
RONDA WINNECOUR,                          )
                                          )
                    Appellee.             )

**ORDER OF NOTIFICATION**

The Clerk's Office has received and docketed Appellant's "Exhibits" in support of her

Notice of Appeal.  *See* Doc. 14.  Consistent with the Docket Entry corresponding with

Appellant's Notice of Appeal (attached as Appendix A hereto), the Clerk's Office has

"certifie[d] the record and the docket sheet available through ECF to be the certified list in lieu

of the record and/or the certified copy of the docket entries."  *See id.*  Thus, any further

submissions Appellant wishes to make in connection with her appeal of this Court's decision

should be made directly to the Court of Appeals for the Third Circuit.  *See generally* In re

Advanced Elecs., Inc., 2008 WL 2600725, *4 (3d Cir. Jun. 30, 2008) (timely filing of notice of

appeal "confer[s] jurisdiction on [the] Court of Appeals and divest[s the] district court of its

control over those aspects of the case involved in the appeal") (citation to quoted source

omitted).[1]

---

[1] As a one-time courtesy, this Court's Clerk has notified the Court of Appeals regarding
Appellant's filing of "Exhibits" (Doc. 14).  *See* EFC Notif. to 3d Cir. dated Apr. 25, 2013
(attached as Appendix B hereto).

IT IS SO ORDERED.


April 26, 2013                                        s\Cathy Bissoon_____
                                                     Cathy Bissoon
                                                     United States District Judge


enclosures (2)


cc (via First-Class U.S. Mail):

Carole L. Taylor
1112 N. Negley Avenue
Pittsburgh, PA  15206


cc (via ECF email notification):

All Counsel of Record